# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

CARLOS A. BROWN,

    Plaintiff,

v.                                                                                                                                     No. 2:20-cv-2718-MSN-cgc

STATE OF TENNESSEE,

    Defendant.

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is Defendant Carlos A. Brown's Motion for Leave to Proceed *in forma pauperis*, (ECF No. 2), filed on September 21, 2020. This Court referred the Motion to the Magistrate Judge on September 25, 2020. (ECF No. 6.) On January 26, 2021, the Magistrate Judge issued her Report and Recommendations and recommended that Defendant's Motion be granted. (ECF No. 7.) No objections to the Report have been filed and the time to do so has elapsed. The Court has reviewed the entire record in this case and the Magistrate Judge's Report is **ADOPTED**, and Defendant's Motion to for Leave to Proceed *in forma pauperis* is **GRANTED**.

**IT IS SO ORDERED** this 4th day of March 2021.

                                                                    *s/ Mark S. Norris*
                                                                     MARK S. NORRIS
                                                                     UNITED STATES DISTRICT JUDGE